UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 25-mj-7064 |
| v. | : | |
| MAREK CHERKAOUI | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Joseph McFarlane, Assistant U.S. Attorney, appearing), for an order that the Complaint, Arrest Warrant, and accompanying papers in the above-captioned matter be unsealed; and the Complaint, Arrest Warrant, and accompanying papers having become unsealed by virtue of the arrest of the defendant; and for good cause shown,

IT IS ON this 14th day of November, 2025,

ORDERED that the Complaint, Arrest Warrant, and accompanying papers filed in the above-captioned matter are unsealed.

HONORABLE ELIZABETH A. PASCAL
UNITED STATES MAGISTRATE JUDGE